IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-02873-JLK**

**TRACY M. BIERLING,**

      Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

      Defendant.

## ORDER

Kane, J

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 13), and for good cause appearing,

**ORDERED** that the Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g)[1] and the case **REMANDED** to the Commissioner for further administrative proceedings, as follows:

On remand, the Appeals Council will remand the matter to an administrative law judge (ALJ) for further evaluation of the record and a new decision. The Appeals Council will direct the ALJ to:

- Further evaluate the medical source opinions of record, including those of Drs. Cookson and Suyeishi;

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58, consistent with *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

- Further evaluate Plaintiff's RFC;

- Further evaluate the credibility of Plaintiff's subjective complaints;

- Further evaluate whether Plaintiff's conditions meets or medically equals a Listing;

- Further evaluate Plaintiff's substance abuse pursuant to Social Security Ruling 13-2p; and

- Obtain medical expert evidence.

Dated:  March 3, 2015                                  *s/John L. Kane*
                                                                            SENIOR U.S. DISTRICT JUDGE